

**Nana Japaridze**
Direct Phone: +1 212 549 0282
Email: njaparidze@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
Tel +1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

December 13, 2017

**Via ECF**

Magistrate Judge Anne Y. Shields
United States District Court
Eastern District of New York
100 Federal Plaza
Courtroom 830
Central Islip, New York 11722

    *Re: Nicotri v. Real Time Resolutions, Inc.*
    *2:17-cv-06253-JS-AYS*

Dear Judge Shields:

We represent the Defendant Real Time Resolutions, Inc. ("Defendant") in the above-captioned matter.

Defendant's response to Plaintiffs' Complaint was due by December 12, 2017. We write to respectfully request an extension of Defendant's time to respond to Plaintiff's Complaint until January 12, 2018. Additional time is needed for Defendant to investigate the allegations in the Complaint and to prepare its responsive pleading.

This is Defendant's first request for an extension. Counsel for Plaintiff has consented to the extension. There are no other dates currently on the Court's calendar.

We thank the Court for its attention to this matter.

Respectfully submitted,


*/s/ Nana Japaridze*


Nana Japaridze

cc:    All Counsel of record (via ECF)